# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Luis Azemar Isaac<br>(Citizen of Mexico) | CRIMINAL COMPLAINT<br><br>CASE NUMBER:  MJ 26-3035 |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant committed the crime of Assaulting, Resisting, and Impeding Federal Officer – Physical Contact, in violation of Title 18, United States Code, Section 111(a), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent (SA) for the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:　　　☒Yes　　　☐ No

AUTHORIZED BY: AUSA Bradley Baugher　　　*Bradley Baugh*　Digitally signed by BRADLEY BAUGHE
Date: 2026.01.31
18:11:54 -07'00'

| | |
|---|---|
| Heather Capriotti, Special Agent | Heather Capriott Digitally signed by Heather Capriot<br>Date: 2026.01.31 18:06:42 -07'00' |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| 1/31/26 | at | Phoenix, Arizona |
|---|---|---|
| Date | | City and State |
| | | *Michael T. Morrissey* |
| Name & Title of Judicial Officer | | Signature of Judicial Officer |

**ATTACHMENT A**

**DESCRIPTION OF COUNT**

**COUNT 1**

**Assaulting, Resisting, and Impeding a Federal Officer – Physical Contact**

On or about January 30, 2026, in the District of Arizona, Defendant LUIS AZEMAR ISAAC, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Enforcement Removal Operations (ERO) Officer B.E., a person designated and protected under Title 18, United States Code Section 1114, engaged in and on account of the performance of official duties, and Defendant LUIS AZEMAR ISAAC did so by making physical contact, to wit: striking with closed fists and knocking Officer B.E. to the ground.

All in violation of Title 18, United States Code, Sections 111(a).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Heather Capriotti, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with Federal Bureau of Investigation (FBI) and have been since May 2012.  I am currently assigned to the Phoenix field office, in the District of Arizona.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses.  Based on the below facts, I submit there is probable cause that LUIS AZEMAR ISAAC, violated Title 18, U.S.C. Section 111(a)(1) and (b), Assault on a Federal Officer.

### PROBABLE CAUSE

Interaction with ICE

3. On January 30, 2026, at approximately 1030 hours, Immigration and Customs Enforcement (ICE) Mobile Criminal Apprehension Team (MCAT) Enforcement Removal Operations (ERO) Officers were present at the Home Depot located at 4848 N 43rd Ave, Phoenix, AZ 85031. While at this location, ICE MCAT officers were conducting record checks of vehicles in the immediate vicinity.

4. ICE MCAT officers observed a blue Chevrolet Silverado bearing Arizona license plate EPA33D. Record checks revealed that the vehicle was registered to LUIS CASTRO SILAS (Castro). Records indicated that Castro had previously been removed from the United States in 2012 via expedited removal. It was determined that Castro had subsequently re-entered the United States at an unknown time and place. The subject has no lawful status in the United States.

5. At approximately 1050 hours, ICE MCAT officers observed the blue Chevrolet Silverado with two male occupants departing the Home Depot and heading south through the

parking lot onto N 44th Ave. Near the intersection of N 44th Ave and W Glenrosa Ave, ICE MCAT officers initiated a vehicle stop utilizing their emergency lights. The Silverado pulled toward the side of the road, suggesting compliance, before starting to drive away. Officers followed until the vehicle yielded a second time near the intersection of W Monterosa St and N 45th Ave.

6.      Once the Silverado came to a complete stop, the passenger of the vehicle opened the passenger door, exited the vehicle, and began to run to flee the traffic stop. ICE MCAT officer B.E. announced they were an ICE Officer and instructed the passenger to stop running. The passenger failed to listen to commands, so B.E. chased the passenger for about 20 feet before gaining control and placing him on the ground. As B.E. gained control of the passenger but before being able to handcuff him, B.E. heard an angry voice yell, "get off my dad" or words to that effect. The voice sounded as if it was nearing B.E., so B.E. quickly rose up to two feet and found the driver of the Silverado charging his way. The driver threw one to two punches and directly struck B.E.'s face. As B.E. defended himself, the driver grabbed B.E.'s upper body and took him to the ground. B.E. and the driver were in a ground fight when ERO officer S.P. tackled the subject. B.E. and S.P. attempted to restrain and arrest the driver, however, he was able to slip out of their grip and flee the scene.

7.      The driver ran towards the intersection of 45th Avenue and Indian School. B.E. started to run after the driver when another officer pulled up next to him. B.E. returned to his vehicle and headed towards the intersection of 45th Avenue and Indian School. B.E. was joined by two other officers. They observed the driver jumping multiple fences before crossing Indian School. Officers were able to make contact with the driver in the parking lot of Tucson Tires and Wheels, located at 4401 W. Indian School Rd, Phoenix, AZ 85031. Officers were then able to arrest the driver.

8.      The passenger was confirmed to be Luis Castro Silas. The driver refused to provide identifiers; however, Castro provided that the driver was his son, Luis Azemar Isaac (ISAAC). Officers transported Castro and ISAAC for further processing.

Interview of Castro and ISAAC

9.    During an interview conducted in Spanish, Castro stated he was a passenger in the Silverado stopped by ICE MCAT officers. Castro had been shopping at Home Depot with his wife and son (ISAAC). When the officers pulled them over, Castro instructed his son to pull over. When Castro exited the vehicle, he started to move into a position where he thought he could keep Isaac from fleeing the scene. He quickly stopped running and was brought to the ground by officers.

10.    Castro did not see the initial interaction between Isaac and officers as he was laying face down on the ground. Officers handcuffed him and placed him in a vehicle before pursuing Isaac.

11.    During a post *Miranda* interview conducted in English, ISAAC admitted to being the driver of the Silverado pulled over by ICE MCAT Officers. ISAAC was at Home Depot at 43rd Ave and Camelback with his mom and dad (Castro). They had just purchased material for a home improvement project.

12.    According to ISAAC, while driving south bound away from Home Depot, he observed a vehicle with red and blue emergency lights driving behind him. At first ISAAC thought the emergency vehicle was not there for him and he pulled to the side to let it pass by. He continued to drive and then another vehicle with lights and a siren pulled up next to him. ISAAC then realized they were signaling for him to pull over. ISAAC believed they were ICE officers based upon what others had told him and what he had seen on the news.

13.    ISAAC was scared because he knew he was in the country illegally. Both he and his dad attempted to run from ICE on foot. An ICE officer caught his dad and began punching his dad in the face. ISAAC wanted to protect his dad, so he ran up to where his dad was being detained by ICE and used his arms to shield his dad while at the same time moving the ICE officer away from him.

14.    ISAAC said that he made physical contact with the ICE officer's vest with the

outside of his arm. However, ISAAC denied punching any ICE officers with a closed fist. He also denied pushing any officers.

15.    ISAAC crossed the border with his uncles when he was approximately 12-13 years old. He has never applied for US Citizenship.

16.    For these reasons, I submit there is probable cause to believe Luis Azemar Isaac committed the crime Title 18, U.S.C. Section 111(a), Assaulting, Resisting, and Impeding a Federal Officer – Physical Contact.

17.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

Heather Capriotti Digitally signed by Heather Capriotti
Date: 2026.01.31 18:07:24 -07'00'

HEATHER CAPRIOTTI
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed electronically this 31st day of January, 2026.

HONORABLE MICHAEL MORRISSEY
United States Magistrate Judge