| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| 2 | United States Attorney<br>District of Arizona |
| 3 | BRADLEY BAUGHER |
| 4 | Arizona State Bar No. 032920<br>Assistant U.S. Attorney |
| 5 | Two Renaissance Square<br>40 N. Central Ave., Ste. 1800 |
| 6 | Phoenix, Arizona 85004<br>Telephone: 602-514-7500 |
| 7 | Email: bradley.baugher@usdoj.gov<br>Attorneys for Plaintiff |

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00084-PHX-SHD (ASB) |
|---|---|---|
| Plaintiff, | | **REDACTED INDICTMENT** |
| v. | VIO: | 18 U.S.C. § 111(a)<br>(Assaulting, Resisting, and Impeding a Federal Officer)<br>Count 1 |
| Isaac Luis Azemar,<br>a.k.a. Luis Azemar Isaac,<br>Defendant. | | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about January 30, 2026, in the District of Arizona, Defendant ISAAC LUIS AZEMAR did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Immigration and Customs Enforcement Removal Operations Officer B.E., a person protected under 18 U.S.C. § 1114, engaged in and on account of the performance of official duties, and Defendant ISAAC LUIS AZEMAR did so by making physical contact, to wit: punching, striking, shoving, and pushing Officer B. E.

//

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
BRADLEY BAUGHER
Assistant U.S. Attorney