✎AO 435    Administrative Office of the United States Courts
AZ Form (Rev. 10/2023)

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|

| 4. FIRM NAME |
|---|

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

16. ORDER FOR

| APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
|---|---|---|---|
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER (Specify) |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | | | | PAPER COPY | |
| 14-Day Transcript | | | | | |
| 7-Day (Expedited) | | | | PDF (e-mail) | |
| 3 -Day Transcript | | | | | |
| Next-Day (Daily) | | | | ASCII (e-mail) | |
| 2-Hour (Hourly) | | | | | |
| Realtime Transcript | | | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| 19. SIGNATURE | |
|---|---|
| 20. DATE | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|

| ORDER RECEIVED | DATE | BY | PROCESSED BY          PHONE NUMBER | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY