TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BRADLEY BAUGHER
Arizona State Bar No. 032920
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: bradley.baugher@usdoj.gov
Attorneys for Plaintiff

☒ FILED ☐ LODGED
**Jul 13 2026**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Isaac Luis-Azamar,<br>a.k.a. Luis Azemar Isaac,<br>Defendant. | No. CR-26-00084-PHX-SHD (ASB)<br>**REDACTED INDICTMENT**<br>VIO: 18 U.S.C. § 111(a)<br>(Assaulting, Resisting, and Impeding a Federal Officer)<br>Count 1 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about January 30, 2026, in the District of Arizona, Defendant ISAAC LUIS-AZAMAR did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Immigration and Customs Enforcement Removal Operations Officer B.E., a person protected under 18 U.S.C. § 1114, engaged in and on account of the performance of official duties, and Defendant ISAAC LUIS-AZAMAR did so by making physical contact, to wit: punching, striking, shoving, and pushing Officer B. E.

//

All in violation of Title 18, United States Code, Section 111(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 3, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
BRADLEY BAUGHER
Assistant U.S. Attorney