**DISTRICT JUDGE'S CRIMINAL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  Sharad H. Desai**          **Date: July 14, 2026**

**Case Number: CR-26-00084-001-PHX-SHD**

**USA v Isaac Luis-Azamar**

**APPEARANCES:**  **Government Counsel**          **Defendant(s) Counsel**
**Bradley Baugher**          **Debbie Jang**
**Faith Hook**          **Rachel Gendreau**

**JURY TRIAL (Day 1):**

9:31 a.m. Convene. Plaintiff and Defendant present with counsel. Discussion held regarding newly received juror questionnaires and voir dire procedures.
9:35 a.m. Recess.

9:47 a.m. Reconvene. Parties present. Jury panel present and sworn. Voir dire commences.
10:35 a.m. Jurors 4, 7, 6, 24, and 3 called for additional voir dire. Jurors 8, 12, 51, 36, and 38 excused for hardship. Juror 4 excused for cause.
11:12 a.m. Jury panel excused for break. Court is in recess while the parties make their peremptory strikes.

11:28 a.m. Reconvene. Parties present. Jury panel not present. Peremptory strikes returned and recorded.
11:34 a.m. Recess.

11:39 a.m. Reconvene. Parties present. Jury panel present. Jurors 2, 6, 9, 10, 13, 21, 23, 26, 27, 33, 34, 35 and 39 called forward and seated as trial jurors. Remaining jury panel excused. Jury sworn. Preliminary instructions read to the jury.
12:01 p.m. Recess.

1:33 p.m. Reconvene. Parties present. Jury not present. Discussion held regarding opening statements.
1:36 p.m. Jury present. Government's opening statement presented.
1:41 p.m. Defendant's opening statement presented.
1:49 p.m. **Government's case:** Todd Glunt sworn and examined on direct examination.
2:05 p.m. Cross examination of Todd Glunt. Exhibit 136 admitted.
2:30 p.m. Redirect of Todd Glunt.
2:35 p.m. Justin McNeil sworn and examined on direct examination. Exhibits 4, 5, and 28 admitted.
3:03 p.m. Jury excused for break. Court remains in session. Discussion held at sidebar regarding the Government's pending Motion in Limine (Doc. 21).
3:16 p.m. Recess.

**CR-26-00084-001-PHX-SHD**                                                    **July 14, 2026**

**USA v Isaac Luis-Azamar**                                                          Page 2 of 2

3:32 p.m. Reconvene. Parties present. Jury not present. Additional discussion held at sidebar regarding the Government's pending Motion in Limine (Doc. 21).
3:36 p.m. Jury present. Cross examination of Justin McNeil. Exhibit 148 admitted.
4:43 p.m. Jury excused. Court remains in session. Remaining trial schedule discussed.
4:44 p.m. Court is in recess until 8:45 a.m. on July 15, 2026.

Deputy Clerk: Robert Vasquez                                    **JT: 4 hrs, 52 mins**
Court Reporter: Kim Portik

                                                                **Start: 9:31 AM**
                                                                **Stop:  4:44 PM**