# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## WITNESS LIST  ---  CRIMINAL

☐ Supervised Release
Revocation Hearing        ☐ Non-Jury Trial        ☒ Jury Trial

USA vs.  Luis-Azamar, Isaac                        CR-26-00084-001-PHX-SHD
_Last, First, Middle Initial_                        _Year-Case No-Deft No-Judge_

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Brandon Easton, Officer<br>U.S. Immigration and Customs Enforcement | G | | **7/15/2026** |
| 2. | Shawn Pekrol, Officer<br>U.S. Immigration and Customs Enforcement | G | | **7/15/2026** |
| 3. | Todd Glunt, Officer<br>U.S. Immigration and Customs Enforcement | G | **7/14/2026** | **7/14/2026** |
| 4. | Justin McNeil, Officer<br>U.S. Immigration and Customs Enforcement | G | **7/14/2026** | **7/14/2026**<br>**7/15/2026** |
| 5. | Wyatt Storm, Special Agent<br>Federal Bureau of Investigations | D | | |
| 6. | Heather Capriotti, Special Agent<br>Federal Bureau of Investigations | D | | |
| 7. | Blake Darnell, Officer<br>U.S. Immigration and Customs Enforcement | D | | |
| 8. | Silas Luis-Castro | D | | |
| 9. | | | | |
| 10. | | | | |