# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## EXHIBIT LIST   ---   CRIMINAL

☐ Revocation Hearing          ☐ Non-Jury Trial          ☒ Jury Trial

USA vs.  Luis-Azamar, Isaac

Last, First, Middle Initial

CR26-0084-PHX-SHD

Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | Photograph, Ariel View of Map |
| 2. | | 7/15/2026 | Photograph, Shawn Pekrol Front |
| 3. | | 7/15/2026 | Photograph, Shawn Pekrol Back |
| 4. | | 7/14/2026 | Photograph, Justin McNeil Front |
| 5. | | 7/14/2026 | Photograph, Justin McNeil Back |
| 6. | | 7/15/2026 | Photograph, Brandon Easton Front |
| 7. | | 7/15/2026 | Photograph, Brandon Easton Side |
| 8. | | 7/15/2026 | Photograph, Brandon Easton Back |
| 9. | | 7/15/2026 | Photograph, Brandon Easton Side |
| 10. | | 7/15/2026 | Photograph, Brandon Easton's Left Knee |
| 11. | | 7/15/2026 | Photograph, Brandon Easton's Right Knee |
| 12. | | | Silas Luis-Castro Interview Transcript and Translation (24 pgs.) |
| 13. | | | Silas Luis-Castro's Audio Interview (28:24) |
| 14. | | | Defendant's Audio Interview (19:08) |
| 15. | | | Defendant's Audio Interview (2:49) |
| 16. | | | Defendant's Interview Transcript (45 pgs.) |

| Exhibit No. | Date | | Description |
| --- | --- | --- | --- |
| | Marked For Evidence | Admitted In Evidence | |
| 17. | | | FBI Report (18 pgs.) |
| 18. | | | Justin McNeil's Narrative |
| 19. | | | Todd Glunt's Narrative |
| 20. | | | Brandon Easton's Memorandum (2 pgs.) |
| 21. | | | Shawn Pekrol's Narrative (2 pgs.) |
| 22. | | | Justin McNeil's Facebook Posts (2 pgs.) |
| 23. | | | Silas Luis-Castro's 2026 I-213 (4 pgs.) |
| 24. | | | Silas Luis-Castro's 2010 I-213 (2 pgs.) |
| 25. | | | Silas Luis-Castro's Medical Screening Form |
| 26. | | | Defendant's I-213 (4 pgs.) |
| 27. | | | Video ST26-N Parking Lot E (1:31) |
| 28. | | **7/14/2026** | Video ST7-OS Ship Office (3:12) |
| 29. | | **7/15/2026** | Photograph of Silas Luis Castro |
| 30. | | **7/15/2026** | Photograph of Defendant |
| 31. | | **7/15/2026** | Photograph of Brandon Easton's Left Knee |
| 32. | | **7/15/2026** | Photograph of Brandon Easton's Right Knee |
| 33. | | | Silas Luis Castro Removal Documents (2 pgs.) |
| 34. | | | |
| 35. | | | |
| 36. | | | |
| 37. | | | |