**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,

Plaintiff,

v.

Isaac Luis-Azamar,

Defendants.

No. CR-26-00084-001-PHX-SHD

**JUDGMENT OF DISCHARGE**

**Fed. R. Crim. P. 32(k)**

IT APPEARING that the Defendant is now entitled to be discharged for the reason that the jury has returned its verdict, finding the Defendant not guilty as to Count 1 of the Amended Indictment (Doc. 110), Assaulting, Resisting, and Impeding a Federal Officer in violation of Title 18, United States Code §111(a).

IT IS THEREFORE ADJUDGED that the Defendant is hereby discharged pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

Dated this 16th day of July, 2026.

Honorable Sharad H. Desai
United States District Judge